### 9881.  HOWARD *v.* THE STATE.

BLOODWORTH, J.  1. In the excerpts from the charge of the court, complained of in the 1st, 2d and 3d grounds of the amendment to the motion for a new trial, there is no error sufficient to warrant the granting of a new trial.  Grounds 4 and 5 are specifically abandoned in the brief of counsel for plaintiff in error.

2. "There was some slight evidence authorizing the verdict; and, the verdict having been approved by the trial judge, under the repeated and uniform rulings of this court and of the Supreme Court a reviewing court is powerless to interfere.  When the verdict is apparently decidedly against the weight of the evidence, the trial judge has a wide discretion as to granting or refusing a new trial; but whenever there is any evidence, however slight, to support a verdict which has been approved by the trial judge, this court is absolutely without authority to control the judgment of the trial court."  *Toole* v. *Jones,* 19 *Ga. App.* 24 (90 S. E. 732).  See *McCarty* v. *Keys,* 19 *Ga. App.* 494 (91 S. E. 875); *Phillips-Boyd Publishing Co.* v. *Bird,* 19 *Ga. App.* 808 (92 S. E. 287).  *Judgment affirmed.  Broyles, P. J., and Harwell, J., concur.*

DECIDED OCTOBER 8, 1918.

Accusation of unlawful possession of liquor; from city court of Columbus—Judge Tigner.  May 11, 1918.

*Ed. Wohlwender, Frank D. Foley,* for plaintiff in error.

*T. H. Fort,* solicitor, contra.